

ORDERED in the Southern District of Florida on August 3, 2022.



Peter D. Russin, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

IN RE:

ILAN BLOEMHOF,

    Debtor-in-Possession.
_____/

Case No. 21-15037-PDR

Chapter 11

**ORDER GRANTING**
**DEBTOR-IN-POSSESSION'S EX-PARTE MOTION**
**TO ADMINISTRATIVELY CLOSE BANKRUPTCY CASE (DE 161)**

THIS MATTER, came before the Court upon the Debtor's *Ex-Parte Motion to Administratively Close Bankruptcy Case* (DE 161) (the "Motion").

The Court, having reviewed the Motion, finds good cause exists to grant the Motion.

**IT IS THEREFORE ORDERED:**

1. The Motion (DE 161) is **GRANTED.**

2. This bankruptcy case **shall be closed upon entry of this Order**, without prejudice to the Debtor filing a motion to reopen this bankruptcy case upon the satisfaction of all payments

1

required under the Debtor's First Amended Plan of Reorganization (DE 99) (the "Plan") to creditors and seeking the entry of an Order of Discharge at that time.

3. During the time that this bankruptcy case is temporarily closed, the provisions of this Court's Order confirming the Plan, entered on April 18, 2022 (DE 152) (the "Confirmation Order") shall remain in effect with respect to the treatment of creditor claims that existed as of May 24, 2021, the bankruptcy petition date, as long as the Debtor continues to be in compliance with the Plan and the Confirmation Order, and as long as the Debtor timely makes all of the payments to creditors, as contemplated under the Plan.

4. If and when the Debtor chooses to file a motion to reopen this bankruptcy case, any Clerk of Court fees associated with the filing of the motion to reopen shall be waived. The motion to reopen shall be served upon all creditors, the United States Trustee, and parties in interest, and shall demonstrate and verify that the Debtor has made all payments contemplated under the Plan to creditors.

5. Upon the re-opening of this bankruptcy case, the Debtor shall promptly file a Final Report of Estate and Motion for Discharge and Final Decree Closing Case on the Court-approved local form in effect at that time, which shall certify, among other things, that all payments required under the Plan to creditors have been made. The Court may then grant the Debtor a discharge, pursuant to 11 U.S.C. §1141(d)(5) if all other conditions are satisfied.

6. The entry of this Order is also without prejudice to any creditor, the United States Trustee, or other party in interest in filing a motion to reopen this case to enforce the terms of the Plan, the Confirmation Order, or for other appropriate relief. Any Clerk of Court fees associated with the filing of the motion to reopen shall be waived.

7. If it is determined, after the most recently filed operating reports are reviewed by

the United States Trustee's Office, that the Debtor owes additional sums to the United States Trustee's Office, then such amounts will be paid within ten (10) days of receipt of the U.S. Trustee notice or billing statement.

8. This Court shall retain jurisdiction to enforce any and all terms of the Plan, the Confirmation Order and this Order.

# # #

Submitted by:

Chad T. Van Horn, Esq.
Florida Bar No. 64500
**VAN HORN LAW GROUP, P.A.**
500 N.E. 4th Street, Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

*(Chad Van Horn, Esq. is directed to provide a copy of this signed Order to all parties of record and to file a Certificate of Service conforming with Local Rule 2002-1(F).*

3